**Opinion issued September 29, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00338-CV

————————————

**PACIFIC ALLIED ASSET MANAGEMENT, LLC, AND NORTHWEST CROSSING CAPITAL, LLC, Appellants**

**V.**

**HUI KIL WOO DBA OLYMPIC CONSTRUCTION, Appellee**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-25496**

---

### MEMORANDUM OPINION

Appellants, Pacific Allied Asset Management, LLC and Northwest Crossing Capital, LLC, have filed a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Further, more than ten days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Brown.